59 F.3d 167
NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
 Kenneth PHILLIPS, Plaintiff--Appellant,
v.
Sewall SMITH; Bishop L. Robinson; John Doe, Defendants--Appellees.
 No. 95-6216.
 United States Court of Appeals, Fourth Circuit.
 Submitted: May 18, 1995.
Decided: June 22, 1995.
 
 Kenneth Phillips, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Richard M. Kastendieck, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.
 D.Md.
 DISMISSED.
 Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant has filed a notice of appeal in his pending 42 U.S.C. Sec. 1983 (1988) action. We dismiss the appeal for lack of jurisdiction because the record does not contain an appealable order. This court may exercise jurisdiction only over final orders, 28 U.S.C. Sec. 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. Sec. 1292 (1988); Fed.R.Civ.P. 54(b); Cohen v. Beneficial Industrial Loan Corp., 337 U.S. 541 (1949). Appellant has not sought to appeal a final order nor an appealable interlocutory or collateral order.
 
 
 2
 We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 
 3
 DISMISSED.